82 F.3d 404
 Sherman Crawley
v.
Joseph D. Lehman, Commissioner of Pennsylvania Department of
Corrections, Martin L. Dragovich, Superintendent of
Sci-Mahanoy, Edward J. Klem, Deputy Superintendent at
Sci-Mahanoy, Douglas Berninger, Unit Manager at Sci-Mahanoy,
Melissa Tyson, Counselor at Sci-Mahanoy, Michael Yuron,
Psychologist at Sci-Mahanoy, Diane Kupp, Institution Parole
Representative at Sci-Mahanoy
 NO. 95-1986
 United States Court of Appeals,
Third Circuit.
 Mar 11, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-06325,
 Gawthrop, J.
 
 
 1
 AFFIRMED.